# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| THOMAS WEBB | 2:20–cv–11734 |
| PLAINTIFF(S) | |
| v. | |
| KOHLER CO., A WISCONSIN CORPORATION | |
| DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

   12/29/2020               ____         ____

Date Filed        Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated:  December 30, 2020          By:  /s/ *Edwin Sambrano  edwin_sambrano@cacd.uscourts.gov*
                                       Deputy Clerk