Candace Gomez Harrison CA Bar No. 221371
candace.gomez@ogletree.com
Natalie Hernandez Catahan CA Bar No. 289350
natalie.hernandez@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendants
Kohler Co. and Jessica Albaugh

(*Counsel for Plaintiff on next page*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THOMAS WEBB, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KOHLER CO., a Wisconsin corporation; JESSICA ALBAUGH, an individual; and Does 1-25,<br><br>　　　　　Defendants. | Case No. 2:20-cv-11734-AB-MRW<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND MOTION CUTOFF DATES TO FACILITATE SETTLEMENT NEGOTIATIONS AND ORDER THEREON**<br><br>Complaint Filed: November 19, 2020<br>Trial Date:　　　March 8, 2022<br>District Judge:　Hon. Andre Birotte Jr.<br>Magistrate Judge: Hon. Michael R. Wilner |

Webb - Joint Stipulation to

Case No. 2:20-cv-11734-AB-MRW
JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND MOTION CUTOFF DATES TO FACILITATE SETTLEMENT NEGOTIATIONS AND ORDER THEREON

1 **ALEXANDER MORRISON + FEHR LLP**
2 J. Bernard Alexander, III (State Bar No. 128307)
  Jacqueline Gil (State Bar No. 324482)
3 1900 Avenue of the Stars, Suite 900
4 Los Angeles, California 90067
  T: (310) 394-0888 | F: (310) 394-0811
5 E: balexander@amfllp.com | jgil@amfllp.com
6
  Attorneys for Plaintiff
7 THOMAS WEBB

8 / / /
9 / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27
28

2  Case No. 2:20-cv-11734-AB-MRW
JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND
MOTION CUTOFF DATES TO FACILITATE SETTLEMENT
NEGOTIATIONS AND ORDER THEREON

The parties hereto by and through their respective counsel hereby stipulate to extending the following cutoff dates:

1. The non-expert discovery cutoff date currently set for October 22, 2021, be extended to December 17, 2021;

2. The deadline to file a motion for summary judgment currently set for October 22, 2021 be extended to December 17, 2021;

3. The expert discovery cutoff date currently set for November 26, 2021, be extended to January 28, 2022; and

4. All other trial and pretrial dates in the Court's Scheduling Order shall remain the same.

Defendants have completed Plaintiff's deposition and Plaintiff has noticed key witness depositions of Defendants that are scheduled to proceed in September.  This Stipulation is made on the grounds that the parties are seriously pursuing settlement, and desire postponing the expense of additional discovery, expert witnesses, and dispositive motions until settlement efforts have been exhausted.  The parties desire extending the foregoing cutoff dates to avoid substantial litigation expenses prior to the exhaustion of settlement efforts.  The parties are currently working together to schedule a mediation prior to the mediation completion deadline of December 10, 2021.

**IT IS SO STIPULTED.**

Webb - Joint Stipulation to

1   Case No. 2:20-cv-11734-AB-MRW
JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND MOTION CUTOFF DATES TO FACILITATE SETTLEMENT NEGOTIATIONS AND ORDER THEREON

| | |
|---|---|
| DATED: August 25, 2021 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By: */s/ Natalie Hernandez Catahan*<br>Candace Gomez Harrison<br>Natalie Hernandez Catahan<br>Attorneys for Defendants<br>Kohler Co. and Jessica Albaugh |
| DATED:  August 25, 2021 | ALEXANDER MORRISON + FEHR LLP |
| | By: */s/ Jacqueline Gil*<br>J. Bernard Alexander, III<br>Jacqueline Gil<br>Attorneys for Plaintiff<br>Thomas Webb |

<u>LOCAL RULE 5-4.3.4 ATTESTATION</u>

I attest and certify that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 25, 2021        */s/ Natalie Hernandez Catahan*
                              Natalie Hernandez Catahan

**ORDER**

Upon reading the foregoing Stipulation and good cause appearing therefore,

**IT IS SO ORDERED.**

DATED: _____          _____
                                                    UNITED STATES DISTRICT COURT

Webb - Joint Stipulation to

3                              Case No. 2:20-cv-11734-AB-MRW
JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND MOTION CUTOFF DATES TO FACILITATE SETTLEMENT NEGOTIATIONS AND ORDER THEREON

**PROOF OF SERVICE**
*Thomas Webb v. Kohler Co., et al.*
Case No. 2:20-cv-11734-AB-MRW

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On August 26, 2021, I served the following document(s):

**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND MOTION CUTOFF DATES TO FACILITATE SETTLEMENT NEGOTIATIONS AND ORDER THEREON**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

4

Case No. 2:20-cv-11734-AB-MRW
JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND MOTION CUTOFF DATES TO FACILITATE SETTLEMENT NEGOTIATIONS AND ORDER THEREON

| | | |
|---|---|---|
| ☐ | | the written confirmation of counsel in this action: |
| ☐ | | [Federal Court] the written confirmation of counsel in this action and order of the court: |

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☐ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 26, 2021, at Costa Mesa, California.

_____
Lisa Marie Hamusek

Webb - Joint Stipulation to

5     Case No. 2:20-cv-11734-AB-MRW
JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND MOTION CUTOFF DATES TO FACILITATE SETTLEMENT NEGOTIATIONS AND ORDER THEREON

# SERVICE LIST

J. Bernard Alexander, III, Esq.　　　　Attorneys for Plaintiff
Jacqueline Gil, Esq.　　　　　　　　　Thomas Webb
ALEXANDER MORRISON + FEHR LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Telephone:  310-394-0888
Facsimile:   310-394-0811
balexander@amfllp.com
jgil@amfllp.com

48248812.1

Webb - Joint Stipulation to

6                   Case No. 2:20-cv-11734-AB-MRW
JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND MOTION CUTOFF DATES TO FACILITATE SETTLEMENT NEGOTIATIONS AND ORDER THEREON