JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WEBB,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KOHLER CO. et al,<br><br>　　　　Defendants. | Case No. 2:20-cv-11734-AB-MRW<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days**, to re-open the action if settlement is not consummated.  All pre-trial and trial-related dates are **VACATED.** This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 3, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.